UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JULIE LUNA, Individually, and as Next Friend for K.L., a Minor,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KENNETT HMA, INC. d/b/a TWIN RIVERS REGIONAL MEDICAL CENTER and GONG T. KUO, M.D. a/k/a GEORGE KUO, M.D.,<br><br>　　　　Defendants. | Case No. 1:07cv00043 RWS |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Julie Luna, Individually, and as Next Friend of K.L., a Minor; Defendants are Kennett HMA, Inc. d/b/a Twin Rivers Regional Medical Center and Gong T. Kuo, M.D. a/k/a George Kuo, M.D.

2. On March 16, 2007, Plaintiffs sued Defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have answered, agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is without prejudice to refiling.

Respectfully submitted,

Miller, Curtis & Weisbrod, LLP

By: /s/ Les Weisbrod
LES WEISBROD
Texas State Bar No. 21104900
MAX FREEMAN
Texas State Bar No. 07427000
JORY D. LANGE, JR.
Texas State Bar No. 24041294
11551 Forest Central Drive
Suite 300
Dallas, Texas 75243
(214) 987-0005 (telephone)
(214) 987-2545 (facsimile)

-and-

Zevan Davidson Farris Stewart, LLC

THOMAS L. STEWART
Missouri State Bar No. 12805
1 North Taylor Avenue
St. Louis, Missouri 63108
(314) 588-7200 (telephone)
(314) 588-7271 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

BLANTON, RICE, SIDWELL, NICKELL, COZEAN & COLLINS L.L.C.

By: /s/ Joseph C. Blanton, Jr.
JOSEPH C. BLANTON, JR.
Missouri State Bar No. 2644
219 South Kings Highway
P.O. Box 805
Sikeston, Missouri 63801
(573) 471-1000 (telephone)
(573) 471-1012 (facsimile)

**ATTORNEYS FOR DEFENDANTS KENNETT HMA, INC. d/b/a TWIN RIVERS REGIONAL MEDICAL CENTER**

CARMODY & MACDONALD, P.C.

By: _____
MARK A. GONNERMAN
Missouri State Bar No. 49523
SUZANNE S. LEITERITZ
Missouri State Bar No. 51209
120 South Central Avenue,
Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 (telephone)
(314) 854-8660 (facsimile)

**ATTORNEYS FOR DEFENDANTS GONG TEN KUO, M.D. a/k/a GEORGE KUO, M.D.**

8. Plaintiffs have not previously dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is without prejudice to refiling.

Respectfully submitted,

| Miller, Curtis & Weisbrod, LLP | BLANTON, RICE, SIDWELL, NICKELL, COZEAN & COLLINS, L.L.C. |
|---|---|

By: _____
LES WEISBROD
Texas State Bar No. 21104900
MAX FREEMAN
Texas State Bar No. 07427000
JORY D. LANGE, JR.
Texas State Bar No. 24041294
11551 Forest Central Drive
Suite 300
Dallas, Texas 75243
(214) 987-0005 (telephone)
(214) 987-2545 (facsimile)

-and-

Zevan Davidson Farris Stewart, LLC

THOMAS L. STEWART
Missouri State Bar No. 12805
1 North Taylor Avenue
St. Louis, Missouri 63108
(314) 588-7200 (telephone)
(314) 588-7271 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

By: _____
JOSEPH C. BLANTON, JR.
Missouri State Bar No. 2644
219 South Kings Highway
P.O. Box 805
Sikeston, Missouri 63801
(573) 471-1000 (telephone)
(573) 471-1012 (facsimile)

**ATTORNEYS FOR DEFENDANTS KENNETT HMA, INC. d/b/a TWIN RIVERS REGIONAL MEDICAL CENTER**

CARMODY & MACDONALD, P.C.

By: *[signature]*
MARK A. GONNERMAN
Missouri State Bar No. 49523
SUZANNE S. LEITERITZ
Missouri State Bar No. 51209
120 South Central Avenue,
Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 (telephone)
(314) 854-8660 (facsimile)

**ATTORNEYS FOR DEFENDANTS GONG TEN KUO, M.D. a/k/a GEORGE KUO, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2008 a true and correct copy of *Stipulation of Dismissal* was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Joseph C. Blanton, Jr.
**Blanton, Rice, Sidwell, Nickell,
Cozean & Collins, L.L.C.**
219 South Kings Highway
P.O. Box 805
Sikeston, Missouri 63801

Mark A. Gonnerman
Suzanne S. Leiteritz
**Carmody & MacDonald, P.C.**
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105

*/s/ [signature]*